THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MARCOS LLIBRE, Appellant.

Submitted January 12, 2015; decided January 15, 2015

Motion for assignment of counsel granted and Robert S. Dean, Esq., Center for Appellate Litigation, 120 Wall Street, 28th Floor, New York, NY 10005 assigned as counsel to the appellant on the appeal herein.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LYNDEN LOBBAN, Appellant.

Submitted January 12, 2015; decided January 15, 2015

Motion for reargument denied [see 24 NY3d 1010 (2014)].

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FREDDIE THOMPSON, Appellant.

Submitted January 12, 2015; decided January 15, 2015

Motion for assignment of counsel granted and Lynn W.L. Fahey, Esq., Appellate Advocates, 111 John Street, 9th Floor, New York, NY 10038 assigned as counsel to the appellant on the appeal herein.